# UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

## CHAPTER 13 PLAN (Individual Adjustment of Debts)

☑ __2ND__ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: STEVEN G. PHILLIPS        JOINT DEBTOR: BEVERLY J PHILLIPS        CASE NO.: 09-36406-JKO
Last Four Digits of SS# 5310      Last Four Digits of SS# 1562

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of __60__ months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

   A.  $ __342.00__ for months __1__ to __60__ ; in order to pay the following creditors:

<u>Administrative</u>: Attorney's Fee - $ __4,000.00__  TOTAL PAID $ __1,500.00__
  Balance Due  $ __2,500.00__  payable $ __62.50__/month (Months __1__ to __40__)
  **Fee Itemization: $3,500.00 base fee, $500.00 to file Motion to Value Motor Vehicle.**

<u>Secured Creditors</u>: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. _____   Arrearage on Petition Date  $_____
   Address: _____  Arrears Payment  $_____/month (Months _____ to _____)
   _____   Regular Payment  $_____/month (Months _____ to _____)
   Account No: _____

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION (UTILIZING LOCAL FORM MOTION TO VALUE COLLATERAL IN PLAN) WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| American Honda Finance | 2007 Honda Civic $11,014.05 | 6.34% | $214.70 | 1 To 60 | $12,882.00 |

<u>Priority Creditors</u>: [as defined in 11 U.S.C. §507]

1. _____        Total Due  $_____
                         Payable    $_____/month (Months _____ to _____)

<u>Unsecured Creditors</u>: Pay $ __33.70__/month (Months __1__ to __40__) and Pay $ __96.20__/month (Months __41__ to __60__).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

**Other Provisions Not Included Above:**
The Debtors are making monthly mortgage payments on the residential property located on 5300 SW 163 Ave, Southwest Ranches FL 33331 directly to secured creditor, Countrywide Home Lending (9158), outside of this plan. The Debtors are surrendering their interest in a 2006 Polaris ATV directly to secured creditor, HSBC (7975), outside of this plan.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

_/s/ Steven G. Phillips_                     _/s/ Beverly J. Phillips_
Debtor                                        Joint Debtor
Date: 3/8/10                                  Date: 3/8/10

LF-31 (rev. 06/02/08)